[3828] [Order Dismissing Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:11-bk-00018-JAF
                                                    Chapter 13

Marion Perkins Crawley IV

_____Debtor(s)_____/

ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1307, it is

ORDERED as follows:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. § 362 and the stay of action against codebtor imposed by 11 U.S.C. § 1301 are lifted.

3. The Trustee shall disburse the balance of the funds in the account in accordance with the confirmed plan.

Dated May 25, 2012.

*[signature]*

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties